March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Belfrey Williams,

                  Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20-CR-Mag 8734 (__)(__)

Defendant __Belfrey Williams__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_____      _/s/ Richard Palma_
Defendant's Signature                             Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Belfrey Williams**                    **Richard Palma**
Print Defendant's Name                 Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

08/21/2020                        _/s/ Stewart D. Aaron_
Date                                        U.S. Magistrate Judge