# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
### Southern District of New York

Mag. Dkt. No. **20 Mag. 8734**  Date **6/14/2021**

USAO No. **2020R01017**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint ☐ Removal Proceedings in

*United States v.* **Belfrey Williams**

The Complaint/Rule 40 Affidavit was filed on **8/17/2020**

✓ U.S. Marshals please withdraw warrant

**DANIEL NESSIM**  
Digitally signed by DANIEL NESSIM  
Date: 2021.06.14 13:58:49 -04'00'

ASSISTANT UNITED STATES ATTORNEY  
(handwritten or digital signature)

**Daniel G. Nessim**

(print name if signature handwritten)

**SO ORDERED:**

DATE: 6/16/21

UNITED STATES MAGISTRATE JUDGE